# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00176-CR

**Jeremiah Ledesma, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COMAL COURT AT LAW NO. 3 OF COMAL COUNTY
### NO. 2024CR0446, THE HONORABLE DEBORAH WIGINGTON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due April 24, 2026. On May 13, 2026, this Court sent a notice to appellant's counsel[1] informing him that appellant's brief was overdue and that a failure to file a satisfactory response by May 26, 2026, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the Court has received no response from counsel.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether

---

[1] The trial court appointed Joseph Garcia to represent appellant "for the duration of the pendency of these charges, including until appeals are exhausted or until the attorney is relieved of this duty or replaced by other counsel by leave of [c]ourt." Although Garcia, following the trial in this case, filed a "motion to withdraw and motion for court to appoint appellate counsel," the trial court never ruled on the motions. Thus, Garcia remains appellant's appointed counsel on appeal.

counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than June 17, 2026. *See id.* R. 38.8(b)(3).

It is so ordered June 5, 2026.


Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:   June 5, 2026

Do Not Publish